# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL ANGEL FRANCO | No. 1:19-cr-00102 |

## SATISFACTION OF JUDGMENT

The monetary Penalty(s) imposed in the above-captioned action on November 13, 2020, has/have been satisfied and paid in full.

Dated: July 12, 2024

Respectfully Submitted,

DARCIE N. MCELWEE
United States Attorney


*/s/ Andrew K. Lizotte*
Civil Chief
Assistant U.S. Attorney
202 Harlow Street
Bangor, Maine 04401
207-945-0373
Andrew.Lizotte@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

                                                          DARCIE N. MCELWEE
                                                          United States Attorney

By:  */s/ Maria C. Bida*
       Paralegal Specialist on behalf of
       Andrew K. Lizotte
       Civil Chief
       Assistant U.S. Attorney
       202 Harlow Street
       Bangor, Maine 04401
       207-945-0373
       Andrew.Lizotte@usdoj.gov